HON. FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERMION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THERMION METALIZING SYSTEMS, LTD, <br><br> Defendant. | No. 3:05-cv-05409-FDB <br><br> STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT'S ANSWER |

## STIPULATION

The parties to this action, by and through their attorneys, hereby stipulate that Defendant Thermion Metalizing Systems Ltd. shall have an additional 8 days, to and including July 15, 2005, to answer or otherwise respond to Plaintiff's complaint.

STIP. AND ORDER EXTENDING DEADLINE FOR
DEFENDANT'S ANSWER 1
Case No. 3:05-cv-05409-FDB
115466.0002/1213255.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000

1  Dated this 30th day of June 2005.

2  **LANE POWELL PC**

3

4  By_____
    Stanton P. Beck, WSBA No.: 16212
    Paul D. Swanson, WSBA No.: 13656
5   Stephanie J. Simmons, WSBA No.: 30154
    Attorneys for Defendant
6   Thermion Metalizing Systems, Ltd.

7
    **CHRISTENSEN O'CONNOR JOHNSON
8   KINDNESS PLLC**

9

10 By_____
    F. Ross Boundy, WSBA No. 408
    Claire F. Hawkins WSBA No. 31690
11  Attorneys for Plaintiff Thermion, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP. AND ORDER EXTENDING DEADLINE FOR
DEFENDANT'S ANSWER 2
Case No. 3:05-cv-05409-FDB
115466.0002/1213255.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000

# ORDER

This matter having come before the Court upon the stipulation of the parties, NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendant Thermion Metalizing Systems Ltd. shall have an additional 8 days, to and including July 15, 2005, to answer or otherwise respond to Plaintiff's complaint.

DATED this 12th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**PRESENTED BY**:

LANE POWELL PC

By_____
   Stanton P. Beck, WSBA No.: 16212
   Paul D. Swanson, WSBA No.: 13656
   Stephanie J. Simmons, WSBA No.: 30154
Attorneys for Defendant
Thermion Metalizing Systems, Ltd.

**COPY RECEIVED, APPROVED AS TO FORM**
**NOTICE OF PRESENTATION WAIVED**

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC

By_____
   F. Ross Boundy, WSBA No. 408
   Claire F. Hawkins WSBA No. 31690
Attorneys for Plaintiff Thermion, Inc.

STIP. AND ORDER EXTENDING DEADLINE FOR
DEFENDANT'S ANSWER 3
Case No. 3:05-cv-05409-FDB
115466.0002/1213255.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000

## DECLARATION OF SERVICE

I, Stephanie J. Simmons, hereby make the following Declaration from personal knowledge:

On July 1, 2005, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT'S ANSWER ON BEHALF OF DEFENDANT THERMION METALIZING SYSTEMS, LTD.** with the Clerk of the Court using the CM/ECF system. **In accordance with their ECF registration agreement and the court's rules**, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

F. Ross Boundy
Claire F. Hawkins
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101

I HERBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

EXECUTED July 1, 2005  at Seattle, Washington.

/s/ Stephanie J. Simmons
**Stephanie J. Simmons**

**LANE POWELL PC**
**1420 Fifth Avenue, Suite 4100**
**Seattle, WA 98101-2338**
**Tel: 206-223-7000**
**Fax: 206-223-7107**
**E-mail: simmonss@lanepowell.com**
**Attorney(s) For Defendant Thermion Metalizing Systems, Ltd.**

STIP. AND ORDER EXTENDING DEADLINE FOR DEFENDANT'S ANSWER 4

Case No. 3:05-cv-05409-FDB
115466.0002/1213255.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000