Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Thermion, Inc.,<br><br>        Plaintiff,<br><br>        v.<br><br>Thermion Metalizing Systems, Ltd.,<br><br>        Defendant. | No. 05CV5409<br><br>STIPULATED MOTION FOR LEAVE TO SUPPLEMENT AND AMEND THE COMPLAINT AND ORDER |

Pursuant to CR 7(d)(1) and CR 10(g), Plaintiff Thermion Inc. ("Thermion") and Defendant Thermion Metalizing Systems, Ltd. ("TMS"), by and through their respective attorneys, hereby stipulate as follows:

**I.    STIPULATIONS**

WHEREAS Thermion filed its Complaint on June 17, 2005;

WHEREAS TMS requested and Thermion agreed to a stipulated extension of time in which to answer the Complaint on July 1, 2005, which was granted by the Court on July 12, 2005;

WHEREAS TMS filed its Answer and Counterclaims on July 15, 2005;

WHEREAS Thermion filed its Reply to TMS's Counterclaims on July 25, 2005;

WHEREAS Thermion filed a Motion to Supplement and Amend its Complaint on November 10, 2005; and

STIPULATED MOTION FOR LEAVE TO
SUPPLEMENT AND AMEND THE COMPLAINT
AND **[PROPOSED]** ORDER (05CV5409) - 1
TINC\05 NOV 29 THERMION STIP ORD AMEND COMPLAINT.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1  WHEREAS on November 10, 2005, Thermion's First Amended Complaint was also filed; therefore,

2  The parties hereby agree to the withdrawal of Thermion's Motion to Supplement and Amend its Complaint as well as Thermion's Amended Complaint, and to permit the filing of Thermion's Second Amended Complaint. A true and correct copy is attached hereto. Pursuant to Federal Rule of Procedure 15(a), the parties stipulate that Thermion's Second Amended Complaint supersedes any Complaint previously filed in this case and that service and receipt of Thermion's Second Amended Complaint is hereby acknowledged by TMS.

The parties further agree to an extension of time in which Defendant TMS shall have until December 7, 2005 to answer the Second Amended Complaint.

The parties further agree that the stipulation is not and should not be construed as any waiver or admission with respect to the parties' respective claims or defenses, all of which are reserved.

## II.   ORDER

The Court, having considered the stipulation entered into by the parties, hereby orders that:

1. Leave to file the Second Amended Complaint is GRANTED; and

2. Defendant's answer to the Second Amended Complaint shall be due on December 7, 2005.

IT IS SO ORDERED.

Dated this 28th day of November 2005.

FRANKLIN   D.   BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR LEAVE TO
SUPPLEMENT AND AMEND THE COMPLAINT
AND **[PROPOSED]** ORDER (05CV5409) - 2
TINC\05 NOV 29 THERMION STIP ORD AMEND COMPLAINT.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE: 206.682.8100

Presented by:

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

s/ Claire F. Hawkins
F. Ross Boundy, WSBA No. 408
Claire F. Hawkins, WSBA No.: 31,690
Christensen O'Connor Johnson Kindness<sup>PLLC</sup>
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
E-mail: ross@cojk.com; claire@cojk.com; courtdocs@efiling.com
Attorneys for Plaintiff

LANE POWELL PC

s/ Paul D. Swanson
Paul D. Swanson, WSBA No. 13,656
Stanton P. Beck, WSBA No. 16,212
Stephanie Simmons, WSBA No. 30,154
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101

STIPULATED MOTION FOR LEAVE TO SUPPLEMENT AND AMEND THE COMPLAINT AND **[PROPOSED]** ORDER (05CV5409) - 3
TINC\05 NOV 29 THERMION STIP ORD AMEND COMPLAINT.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stanton Phillip Beck
becks@lanepowell.com, bakerh@lanepowell.com

Stephanie J. Simmons
simmonss@lanepowell.com

Paul Douglas Swanson
Swansonp@lanepowell.com, potter@lanepowell.com, baerh@lanepowell.com, docketing-sea@lanepowell.com

        s/ Claire F. Hawkins
        F. Ross Boundy, WSBA No. 408
        Claire F. Hawkins, WSBA No.: 31,690
        Christensen O'Connor Johnson Kindness PLLC
        1420 Fifth Avenue, Suite 2800
        Seattle, WA 98101-2347
        Telephone: 206.682.8100
        Fax: 206.224.0779
        E-mail: ross@cojk.com; claire@cojk.com; courtdocs@efiling.com
        Attorneys for Plaintiff

STIPULATED MOTION FOR LEAVE TO SUPPLEMENT AND AMEND THE COMPLAINT AND **[PROPOSED]** ORDER (05CV5409) - 4
TINC\05 NOV 29 THERMION STIP ORD AMEND COMPLAINT.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100