UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THERMION, INC.,

    Plaintiff,

v.

THERMION METALIZING SYSTEMS, LTD.,

    Defendant.

Case No. C05-5409FDB

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff Thermion, Inc. moves to compel discovery and details the particular requests for admission, production, and interrogatories at issue. TMS opposes the motion to compel and details what it has produced as well as arguing that certain requests for admission involving the application of law to fact are inappropriate.

On the record shown, the Court concludes that Defendant Thermion Metalizing Systems, Ltd. has properly responded and will supplement the record as necessary. ACCORDINGLY,

IT IS ORDERED: Plaintiff Thermion, Inc.'s Motion To Compel Discovery [Dkt. # 69] is DENIED.

DATED this 18th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1